UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-243-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| Vs. | ) **ORDER** |
| | ) |
| **JEREMIAH V. PITTS**, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Government's Motion to Amend the Indictment to correct the following typographical error: in Count Eight of the Indictment the false credit alleged in the table at paragraph 9 of the Indictment mistakenly states $9,853 (rounded down to the nearest dollar), whereas the correct amount should be $9,883.78. See (Capital One Monthly statement July 22-August 21, 2016 (Government Exhibit 33(c) page 13) (attached as Motion Exhibit 1)). (Doc. No. 60). Defendant has not opposed the motion.

The motion is **GRANTED**, as the typographical error does not alter the substantive charges, nor could the error mislead Defendant. See States v. Neill, 166 F.3d 943, 947 (9th Cir. 1999) (amendment of an indictment to fix typographical errors is appropriate if the error does not mislead the defendant). The Government may, therefore, correct the figure $9,853 in Count Eight of the Indictment to $9,883 to conform with proposed Government Exhibit 33(c).

**IT IS SO ORDERED**.

Signed: January 10, 2022

Max O. Cogburn Jr.
United States District Judge