UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-243-MOC-DCK-1

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JEREMIAH V. PITTS**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Counts Thirteen and Fourteen of the Bill of Indictment. (Doc. No. 99).

Upon consideration of the Motion, it is hereby **ORDERED** that the Government's Motion to Dismiss Thirteen and Fourteen of the Bill of Indictment is **GRANTED**.

Signed: April 25, 2022

Max O. Cogburn Jr
United States District Judge